*May Term, 1859.*

ABNET
v.
ABNET.

———————————

ABNET, Administrator, *v.* ABNET.

APPEAL from the *Adams* Court of Common Pleas.

*Per Curiam.*—This was a suit by the administrator of *Jacob Abnet* against *Henry Abnet*, upon a written agreement, by which *Henry* had agreed to support *Jacob* and his wife, in consideration that *Jacob* devised his farm to *Henry*. It was alleged for breach that *Henry* failed to support *Jacob* and his wife.

*Henry* answered, that after the making of the agreement sued on, the parties thereto made a new agreement, which was to take the place of the former, by which he was to be a tenant upon the farm upon certain terms, rendering to *Jacob* a certain share of the produce of it.

Replication in denial.

Trial by jury; judgment for the defendant.

The evidence is upon the record.

Without stating other grounds upon which we might be compelled to affirm the judgment below, it is sufficient to state that the evidence fully sustained the issue made on the part of the defendant.

It is proved that *Jacob* and his wife resided on the farm with *Henry*, and were more than supported from it; that the crops raised on it were annually divided; that *Jacob* had a handsome surplus on hand at his death; and that he lived independently. He worked on the farm, but of his free choice, and, doubtless, for his physical comfort and health.

*Tuesday, May 31.*

May Term,        The judgment is affirmed with costs.
  1859.         W. March, for the appellant.

